UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PATRICK A. WADE (#366120)

VERSUS

JAMES M. LEBLANCE, ET AL.

CIVIL ACTION

NO. 13-432-SDD-SCR

## RULING AND ORDER OF DISMISSAL

The Court has carefully considered the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Stephen C. Riedlinger dated October 8, 2013. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, this action is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(i), and without leave to amend because there is no conceivable, non-frivolous federal claim he could assert against these Defendants consistent with the facts alleged in his *Complaint*.

Baton Rouge, Louisiana, October 25, 2013.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA